

SHARON KELLER
PRESIDING JUDGE

LAWRENCE MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

September 17, 2014

Paul Francis
1178 West Pioneer Parkway
PO Box 13369
Arlington, TX 76013
* DELIVERED VIA E-MAIL *

STEPHANIE LYNN BEKENDAM
TDC# 1690396
San Saba Unit
206 S. Wallace Creek Rd.
San Saba, TX 76877

2nd Court Of Appeals Clerk
Debra Spisak
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

30th District Court Presiding Judge
900 7th St, Rm 360
Wichita Falls, TX 76301

John W. Brasher
Assistant District Attorney
900 7th Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

District Attorney Wichita County
Maureen Shelton
900 7th Street
Wichita Falls, TX 76301

Wichita County District Clerk
P O Box 718
Wichita Falls, TX 76307-0718

John Roger Gillespie
Assistant District Attorney
900 7th Street
Wichita Falls, TX 76301

**Re:  BEKENDAM, STEPHANIE LYNN**
**CCA No.**  PD-0452-13                                        **COA No.** 02-10-00444-CR
**Trial Court Case No.**  50,166-A

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

FILE COPY